```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00397
  MARVIN CAUSEY
  ANGELA CAUSEY                                 CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
  SSN XXX-XX-4776    SSN XXX-XX-1406


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/09/08 and confirmed on 03/10/08.

    2.  The case was dismissed after confirmation, 01/08/2009.

    3.  The Debtor paid a total of $   2960.00 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00           .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE     14055.66          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY           2562.07          .00            .00
IL DEPT OF EMPLOYMENT SE  PRIORITY         NOT FILED          .00            .00
ASSET ACCEPTANCE CORP     UNSECURED          1189.60          .00            .00
CAVALRY SPV II LLC        UNSECURED           716.57          .00            .00
CAVALRY SPV II LLC        UNSECURED         NOT FILED          .00            .00
CBE GROUP                 UNSECURED         NOT FILED          .00            .00
CREDITORS COLLECTION      UNSECURED         NOT FILED          .00            .00
DEPENDON COLLECTION SVC   UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED          1500.00          .00            .00
KCA FINANCIAL SERVICE     UNSECURED         NOT FILED          .00            .00
NICOR GAS                 UNSECURED           350.16          .00            .00
NORTHWEST COLLECTORS      UNSECURED         NOT FILED          .00            .00
NORTHWEST COLLECTORS      UNSECURED         NOT FILED          .00            .00
PALISADES COLLECTION      UNSECURED         NOT FILED          .00            .00
AFNI/MCI                  UNSECURED           428.46          .00            .00
THE BUREAUS               UNSECURED         NOT FILED          .00            .00
TRG ACCOUNT SERVICES      UNSECURED         NOT FILED          .00            .00
TRC ACCOUNT SERVICES      UNSECURED           214.00          .00            .00
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
UNIVERSITY OF PHOENIX     UNSECURED         NOT FILED          .00            .00
ARMOR SYSTEMS             UNSECURED         NOT FILED          .00            .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED     OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  14055.66      2562.07     4398.79        .00       21016.52
```

```
PRINCIPAL PAID                    .00          .00          .00          .00          .00
INTEREST PAID                     .00          .00          .00          .00          .00
TOTAL PAID                        .00          .00          .00          .00          .00
```

The Debtor's attorney, JAMES A YOUNG & ASSOC           , was allowed $   3500.00
and was paid $    400.00   direct and $   2794.40   through the plan.

The Trustee received $    165.60 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/12/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE










                             PAGE   2
         CASE NO. 08 B 00397 MARVIN CAUSEY & ANGELA CAUSEY